UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNA FLEENOR<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | Case No. 1:19-cv-00277-DCN-REB<br><br>**ORDER APODTING REPORT AND RECOMMENDATION** |

On October 24, 2019, the Court referred all maters in this case to Chief Magistrate Judge Ronald E. Bush. Dkt. 14.

On November 27, 2019, Judge Bush issued a Report and Recommendation (Dkt. 18) regarding Fleenor's Application to Proceed without Prepayment of Fees or Costs (Dkt. 2).

In his report, Judge Bush recommended that—in light of Fleenor's financial circumstances—her motion be denied, and she be required to pay the fee. Dkt. 18, at 2. Pursuant to District of Idaho Local Civil Rule 72.1(b)(2), Judge Bush also advised Fleenor that she had fourteen (14) days in which to file any objections to the report and recommendation. Dkt. 18, at 3.

Fleenor did not file any objections to the report and recommendation. Instead, she

paid the filing fee in full.[1] Upon review, the Court finds that Judge Bush's determination was accurate in all respects and will adopt the same.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on November 27, 2019 (Dkt. 18), is ADOPTED IN ITS ENTIRETY.

2. Fleenor's Application to Proceed without Prepayment of Fees or Costs (Dkt. 2) is DENIED. Fleenor must pay the filing fee in this case.

3. Considering Fleenor has now paid the requisite filing fee, this case may proceed.

DATED: December 16, 2019

David C. Nye
Chief U.S. District Court Judge

---

[1] The Court cannot cite to a docket number as evidence of payment because a filing fee receipt is placed on the docket without a specific docket number. Here, a notation indicating Fleenor paid the fee in full (receipt number ending in 353) was placed on the docket immediately following docket entry number eighteen (18). The Court has verified that Fleenor did in fact pay the fee.